THE SOYBEL DRUG COMPANY *v.* MYRA SOYBEL ET AL.

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued January 8—decided January 8, 1970

*Julius B. Kuriansky,* for the appellants (defendants).

*Harry M. Lessin,* with whom, on the brief, was *Abraham D. Slavitt,* for the appellee (plaintiff).

PER CURIAM. The judgment rendered was predicated on the trial court's exercise of a judicial discretion upon a consideration of all of the equities involved. It cannot be said, as a matter of law, that the court abused that discretion.

There is no error.